|   |   |
|---|---|
| Frederick Banks, | 2:17-cv-02629-JAD-CWH |
|     Petitioner | Order Dismissing Case |
| v. | [ECF No. 1, 1-1] |
| Central Intelligence Agency, et al., | |
|     Respondents | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Petitioner Frederick Banks, who is apparently incarcerated at the Northeast Ohio Correctional Center in Youngstown, Ohio, submitted what purports to be a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1]

Banks did not pay the filing fee for this action. He did submit what appears to be an application to proceed in forma pauperis,[2] but that application is not on the form approved by this court, and it does not include all of the necessary information. Finally, Banks's petition—which he purports to bring on behalf of "Jason Aldean, country music star and 22,000 concert attendees at Mandalay Bay, [the] Estate of Stephen Paddock, and Mary Lou Danley by and through Hamilton Brown, LLP" to compel the disclosure of FISA electronic surveillance[3]—is clearly meritless. It plainly appears from Banks's petition that he is not entitled to habeas corpus relief.

Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED and Banks's IFP application [ECF No. 1] is DENIED.

---

[1] ECF No. 1-1.

[2] ECF No. 1.

[3] ECF No. 1-1 at 1.

IT IS FURTHER ORDERED that Banks is denied a certificate of appealability.

The Clerk of Court is directed to enter judgment accordingly and CLOSE THIS CASE.

DATED: October 16, 2017.

_____
Jennifer A. Dorsey
United States District Judge