|   |   |
|---|---|
| Frederick Banks,<br><br>　　　Petitioner<br><br>v.<br><br>Central Intelligence Agency, et al.,<br><br>　　　Respondents | 2:17-cv-02629-JAD-CWH<br><br>**Order Denying Motion to Vacate Order and Judgment**<br><br>[ECF No. 6] |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

I previously dismissed this habeas corpus action because petitioner Frederick Banks did not pay the filing fee or file a completed and proper application to proceed *in forma pauperis*, and because his petition on behalf of "Jason Aldean, country music star and 22,000 concert attendees at Mandalay Bay, [the] Estate of Stephen Paddock, and Mary Lou Danely by and through Hamilton Brown, LLP" to compel the disclosure of FISA electronic surveillance[1] was obviously meritless.[2] I also denied Banks a certificate of appealability, and judgment was entered accordingly.[3] Banks filed a notice of appeal[4] and now moves to vacate my previous order and judgment.[5] But he identifies no reason—and there is none—for me to reconsider my order or to grant him relief from the judgment.

---

[1] ECF No. 1-1 at 1.

[2] ECF No. 3.

[3] *See* ECF Nos. 3, 4.

[4] ECF No. 5.

[5] ECF No. 6.

1 | Accordingly, IT IS HEREBY ORDERED that Banks's motion to vacate order
2 | and judgment **[ECF NO. 6]** is **DENIED**.

DATED: October 30, 2017.

_____
Jennifer A. Dorsey
United States District Judge